JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PORTER CORYELL, | ) Case No. EDCV 16-0056-JFW (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| R. FISHER, Warden, | ) |
| Respondent. | ) |

Under the Order Summarily Dismissing Petition For Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 14, 2016

JOHN F. WALTER
U.S. DISTRICT JUDGE